■ In the MATTER OF ADAM G. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT G., III, Appellant. [929 NYS2d 918]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.